```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09255
   JOHNNIE WHITE JR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4973


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/01/2006 and was confirmed 09/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   7.00%.

     The case was dismissed after confirmation 07/06/2007.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              600.00           .00        200.00
CONDOR CAPITAL COMPANY    SECURED            20762.00        984.95       3465.22
HSBC MORTGAGE SERVICES    CURRENT MORTG         .00             .00           .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE      1017.62            .00       1017.62
LOUIS A WEINSTOCK         NOTICE ONLY      NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED NOT I      970.06            .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         1021.37            .00          66.48
CERTEGY                   UNSECURED        NOT FILED           .00            .00
CODILIS & ASSOCIATES      UNSECURED        NOT FILED           .00            .00
COMED                     UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED           .00            .00
COOK COUNTY STATES ATTOR  UNSECURED        NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTIONS SER  UNSECURED        NOT FILED           .00            .00
DEPENDON COLLECTIONS SER  UNSECURED        NOT FILED           .00            .00
DEVON FINANCIAL SERVICE   UNSECURED         3225.94            .00         209.95
HSBC NV                   UNSECURED        NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED        NOT FILED           .00            .00
NATIONAL RECOVERIES       UNSECURED          400.64            .00          26.07
NCO                       UNSECURED        NOT FILED           .00            .00
PEOPLES GAS & LIGHT       UNSECURED         2862.91            .00         186.32
PAYDAY LOAN STORE OF ILL  UNSECURED        NOT FILED           .00            .00
RIVER COLLECTION & RECOV  UNSECURED        NOT FILED           .00            .00
SPRINT                    UNSECURED        NOT FILED           .00            .00
SPRINT-NEXTEL CORP        UNSECURED          998.12            .00          32.49
SUN CASH                  UNSECURED        NOT FILED           .00            .00
SUN CASH                  UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         2398.63            .00         156.10
WEST SUBURBAN MEDICAL CE  UNSECURED        NOT FILED           .00            .00
GALWAY FINANCIAL SVC LLC  UNSECURED          725.00            .00          47.18
AMERICAN GENERAL FINANCE  SECURED           6000.00         206.03         993.97

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 09255 JOHNNIE WHITE JR
```

```
NATIONAL CAPITAL MGMT LL  UNSECURED         1836.42           .00         119.52
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      274.00           .00         274.00
AMERICAN GENERAL FINANCE  UNSECURED          257.60           .00          16.76
CONDOR CAPITAL COMPANY    UNSECURED          144.40           .00            .00
CASH AMERICA              UNSECURED          231.00           .00          15.03
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                         620.15
DEBTOR REFUND             REFUND                                        1,109.66
```

Summary of Receipts and Disbursements:
```
-----------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                12,247.50

PRIORITY                                          274.00
SECURED                                         5,676.81
    INTEREST                                    1,190.98
UNSECURED                                         875.90
ADMINISTRATIVE                                  2,500.00
TRUSTEE COMPENSATION                              620.15
DEBTOR REFUND                                   1,109.66
                     ---------------        ---------------
TOTALS                 12,247.50               12,247.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/13/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                      PAGE   2
       CASE NO. 06 B 09255 JOHNNIE WHITE JR